**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-0286-WJM-CBS

TISHONNA ROWLAND

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, and
CIGNA GROUP INSURANCE

    Defendants.
_____

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND TO DISMISS CIGNA GROUP INSURANCE**
_____

This matter comes before the Court on the Plaintiff's Unopposed Motion to Amend Complaint and to Dismiss CIGNA Group Insurance filed March 8, 2012 (ECF No. 8).  The Court having reviewed the Motion and the record and being fully advised ORDERS as follows:

The Plaintiff's motion is GRANTED.  Defendant CIGNA Group Insurance is DISMISSED WITH PREJUDICE.  Each affected party shall pay her or its own attorney's fees and costs.

It is FURTHER ORDERED that Plaintiff is granted leave to amend her complaint to reflect Life Insurance Company of North America as the sole defendant in this action.

Dated this 9th day of March, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge